# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv280

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY CERTIFICATE NUMBER 466338, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| | )     ORDER |
| JEANNINE DINER, et al., | )<br>) |
| Defendants. | )<br>) |

Pending before the Court is the Motion for Leave to File Amended Complaint [# 54]. Plaintiff moves for leave to amend its Complaint. All of the Defendants other than Deerfields, Ltd. consent to the proposed amendment. Defendant Deerfields, however, did not file a response to Plaintiff's motion. Upon a review of the pleadings, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Court **GRANTS** the motion [# 54]. Plaintiff shall have ten (10) days from the entry of this Order to file the Amended Complaint. Because the filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case, Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001), the Court **DENIES as moot** the Motions for Judgment on the

1

Pleadings [# 19 & # 21].

Signed: December 2, 2015

Dennis L. Howell
United States Magistrate Judge