# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY CERTIFICATE NUMBER 466338, | ) ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 1:14-cv-00280 |
| vs. | ) ) | |
| JEANNINE DINER, STEPHANIE A. MOODY d/b/a ROCK DOCS, RACHEL LAINE WHEELER, TRANSFORMUS, LLC, and DEERFIELDS, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2016 Order.

January 28, 2016

Frank G. Johns, Clerk
United States District Court